UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>KAUAI CAPRI SHALOM PARADISO<br>a/k/a NANETTE HOEFFLIN,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 26-153 (PAD)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2251(a) and (e);<br>18 U.S.C. § 2252A(a)(1)<br><br>**THREE COUNTS &**<br>**FORFEITURE ALLEGATION** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Sexual Exploitation of Children
(Title 18, <u>United States Code</u>, Section 2251(a) and (e))

From on or about February 20, 2018, to on or about August 8, 2023, in the District of Puerto Rico and elsewhere within the jurisdiction of this court, the defendant herein,

**KAUAI CAPRI SHALOM PARADISO a/k/a NANETTE HOEFFLIN,**

employed, used, persuaded, induced, enticed, and coerced a minor, that is a male minor between the ages of two and seven years old (Minor 1), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, or attempted to do so. All in violation of Title 18, <u>United States Code</u>, Sections 2251(a) and (e).

<u>**COUNT TWO**</u>
**Sexual Exploitation of Children**
(Title 18, <u>United States Code</u>, Section 2251(a) and (e))

From on or about May 20, 2019, to on or about August 8, 2023, in the District of Puerto Rico and elsewhere within the jurisdiction of this court, the defendant herein,

**KAUAI CAPRI SHALOM PARADISO a/k/a NANETTE HOEFFLIN,**

employed, used, persuaded, induced, enticed, and coerced a minor, that is a female minor between the ages of six and eleven years old (Minor 2), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, or attempted to do so. All in violation of Title 18, <u>United States Code</u>, Sections 2251(a) and (e).

<u>**COUNT THREE**</u>
**Transportation of Child Exploitation Material**
(Title 18, <u>United States Code</u>, Section 2252A(a)(2))

In or about December 2023, in the District of Puerto Rico and elsewhere within the jurisdiction of this court, the defendant herein,

**KAUAI CAPRI SHALOM PARADISO a/k/a NANETTE HOEFFLIN,**

did knowingly transport, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by electronic devices, any child pornography as defined by Title 18, <u>United States Code</u>, Section 2256(8)(A), or attempted to do so. All in violation of Title 18, <u>United States Code</u>, Section 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253. If convicted of the offense set forth above, **KAUAI CAPRI SHALOM PARADISO a/k/a NANETTE HOEFFLIN,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, transportation, distribution, or production of child pornography. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández Vega
Chief, Child Exploitation & Immigration

_____
Emelina M. Agrait-Barreto
Assistant United States Attorney
Child Exploitation & Immigration

TRUE BILL

Foreperson
Date: April 22, 2026

3