# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
  Plaintiff,

  v.

KAUAI PARADISO,
  Defendant.

CRIM. NO. 26-153 (PAD)

## MOTION REQUESTING TRANSCRIPTS

**TO THE HONORABLE COURT:**

Comes now *Kauai Paradiso*, through the undersigned counsel, and respectfully states and prays:

The appearing party respectfully requests that the Court authorize the transcription of the detention hearing held before the Hon. Magistrate-Judge Hector Ramos-Vega on April 30, 2026 and May 5, 2026. A Transcript Order Form is attached as Exhibit A.

**WHEREFORE**, the defense respectfully prays that the Court grant the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, this 7th day of May, 2026.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**LAW OFFICES OF**

**FRANCISCO REBOLLO-
CASALDUC**
P.O. Box 195571
San Juan, Puerto Rico, 00919
Tel. 787-362-0811

*s/Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc
USDC-PR No. 205603
rebollolaw@gmail.com

## CERTICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo-Casalduc*

2