# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

__UNITED STATES OF AMERICA__

Plaintiff

Case No. 3:26-cr-00153-PAD

v.

__KAUAI PARADISO__

Defendant

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _____Howard J. Schmacher, Esq._____, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of

_____Howard J. Schumacher, P.A._____, with offices at:

| Address | 1 E. Broward Blvd., Suite 700 |
|---|---|
|  | Ft. Lauderdale, FL 33301 |
| Email | hjsattorney@gmail.com |
| Telephone No. | (954) 356-0477 |
| Fax No. | (954) 340-8986 |

2. Applicant will sign all pleadings with the name _____Howard J. Schumacher_____.

3. Applicant has been retained personally or as a member of the above-named firm by

_____Kauai Paradiso_____ to provide legal representation in connection with the above-

styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since _____October 1988_____, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of _____Floirda_____, where applicant

regularly practices law. Applicant's bar license number is _____0776335_____.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court So. Dist. of FL | 1989 |
| U.S. District Court Middle Dist. of FL | 1991 |
| 11th Cir. Court of Appeals | 1996 |
| U.S. Supreme Court | 2000 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | |

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Francisco Rebollo-Casalduc |
| USDC-PR Bar No. | 205603 |
| Address | PO Box 195571 |
| | San Juan, Puerto Rico 00919 |
| Email | rebollolaw@gmail.com |
| Telephone No. | 787-765-0505- 362-0811 |
| Fax No. | 787-765-0585- |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____05/03/2026_____.

Howard J. Schmacher, Esq.
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the

designation of local counsel of record for all purposes.

Date: _____5-5-2026_____.

Francisco Rebollo-Casalduc
Printed Name of Local Counsel

_____
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a

$300.00 pro hac vice admission fee.

_____
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local
Rules prior to submission of this or any other pleading to the Court to ensure compliance.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )

In Re:  0776335
Howard J Schumacher
1 E Broward Blvd Ste 700
Ft Lauderdale, FL 33301-1876

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 27, 1988**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this _3rd_ day of **May, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-408948



## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice,

orders that:

☐       the application be granted. The Clerk of Court shall deposit the admission

fee to the account of Non-Appropriated Funds of this Court.

☐       the application be denied. The Clerk of Court shall return the admission fee

to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____

**United States District Judge**


Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local
Rules prior to submission of this or any other pleading to the Court to ensure compliance.