## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|          Plaintiff,      ) | |
|                 ) | |
|      V.               ) | CRIM. NO. 26-153 (PAD) |
|                 ) | |
| KAUAI PARADISO,        ) | |
|          Defendant.    ) | |
| _____) | |

### AMENDED MOTION TO RESTRICT

Defendant *Kauai Paradiso*, through his undersigned attorneys, hereby respectfully states and prays as follows:

An appeal of the Magistrate-Judge's detention order was filed yesterday. Leave is requested pursuant to Standing Order No. 9 to file under the restriction "Selected Parties" (government) because the appeal discusses aspects of the case, particularly of the underlying custody process, which are confidential.

WHEREFORE, defendant requests that the Court grant the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, this 19th day of May, 2026.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo Casalduc*

U.S.D.C. # 205603
P.O. Box 195571
San Juan, Puerto Rico, 00919

Tel. 787-362-0811
rebollolaw@gmail.com