IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

KAUAI CAPRI SHALOM PARADISO,
Defendant.

CRIMINAL NO. 26-153 (PAD)

**MOTION FOR SHORT EXTENSION OF TIME
TO COMPLY WITH ORDER AT DOCKET NO. 30**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

1. Pending before the Court is a *Motion Requesting Revocation of Detention Order or For De Novo Bail Hearing Under 18 U.S.C. § 3145(b). See* Docket No. 28.

2. The Court ordered the Government to respond to the arguments raised by the defendant by today, May 27, 2026. *See* Docket No. 30.

3. Despite our best efforts to comply with the Court's deadline, and due to several scheduling conflicts and deadlines, the Government needs a short two-day extension to properly address the arguments raised by the defendant.

4. Accordingly, the Government hereby requests until Friday, May 29, 2026, to file the *Response in Opposition* to the defendant's motion.

-2-

**WHEREFORE,** the United States of America requests that the Court takes notice of the above stated and accordingly, extends the deadline to file the *Response* to the defendant's motion until Friday, May 29, 2026.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on May 27, 2026.

W. STEPHEN MULDROW
United States Attorney

*S/ Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant U.S. Attorney
USDC No. 301004
Torre Chardon, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
787-766-5656
E-mail: emelina.agrait.barreto@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant United States Attorney

-2-