**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**
  *Plaintiff,*

  v.

**KAUAI CAPRI SHALOM PARADISO,**
  *Defendant.*

**CRIMINAL NO. 26-153 (PAD)**

**UNITED STATES' MOTION TO RESTRICT**
**(In compliance with Standing Order No. 9)**

**COMES NOW**, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. The United States filed a *Response in Opposition to Motion Requesting Revocation of Detention Order or for De Novo Bail Hearing*. *See* Docket 40.

2. Some of the information included in said motion is related to the victims in this case which should remain private. Accordingly, the Government respectfully requests that only the parties be allowed access to the abovementioned motion.

**WHEREFORE**, the United States of America respectfully requests that this motion to restrict in accordance with Standing Order No. 9 be granted, and that the motion at Docket No. 40 be accordingly restricted and only be viewable by the parties involved.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of May, 2026.

W. STEPHEN MULDROW
United States Attorney

*s/ Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant U.S. Attorney
U.S.D.C. 301004
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918

2

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*s/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant U.S. Attorney

2