# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO: 3:26-cr-00153-PAD |
| | ) | |
| KAUAI CAPRI SHALOM PARADISO, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION

**COMES NOW,** the Defendant, KAUAI CAPRI SHALOM PARADISO, by and through her undersigned counsels, and as follows:

The defense respectfully requests leave to reply within seventy-two hours to the government's opposition to our appeal of the Magistrate-Judge's detention order.

**WHEREFORE,** the Defendant respectfully requests that the Court grant the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, on this June 1, 2026.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, restricted to selected parties, and emailed an exact copy, including exhibits, to the government.

**FRANCISCO REBOLLO-CASALDUC**
*Counsel for Defendant*
P.O. Box 195571
San Juan, Puerto Rico 00919
Telephone: (787) 362-0811
*rebollolaw@gmail.com*

By:/s/ Francisco Rebolo-Casalduc
Francisco Rebollo-Casalduc
USDC-PR Bar No: 205603

**HOWARD J. SCHUMACHER, P. A.**
*Counsel for Defendant*
One East Broward Blvd, Suite 700
West Marine Tower
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0477
*Papaschuz_2000@yahoo.com*

By:  */s/Howard J. Schumacher*____
Howard J. Schumacher, Esq.
FL. Bar No: 776335

2