**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,            )
    Plaintiff,                             )
    v.                                        )            CASE NO: 3:26-cr-00153-PAD
                                                )
KAUAI CAPRI SHALOM PARADISO,    )
    Defendant.                            )
_____ )

**MOTION TO RESTRICT**

    **COMES NOW,** the Defendant, KAUAI CAPRI SHALOM PARADISO, by and through

her undersigned counsels, and as follows:

    Pursuant to Standing Order No. 9, the defense respectfully requests leave to file the

accompanying document under the restriction "Selected Parties" (government) for reasons which

are explained in footnote 1 of the document.

    **WHEREFORE,** the Defendant respectfully requests that the Court grant the above.

    **RESPECTFULLY SUBMITTED**.

    At San Juan, Puerto Rico, on this June 4, 2026.

    **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system, restricted to selected parties, and emailed an exact
copy, including exhibits, to the government.

                                      **FRANCISCO REBOLLO-CASALDUC**
                                      *Counsel for Defendant*
                                      P.O. Box 195571
                                      San Juan, Puerto Rico 00919
                                      Telephone: (787) 362-0811
                                      *rebollolaw@gmail.com*

                                      By:/s/ Francisco Rebolo-Casalduc
                                      Francisco Rebollo-Casalduc
                                      USDC-PR Bar No: 205603

**HOWARD J. SCHUMACHER, P. A.**
*Counsel for Defendant*
One East Broward Blvd, Suite 700
West Marine Tower
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0477
*Papaschuz_2000@yahoo.com*

By:  */s/Howard J. Schumacher*____
Howard J. Schumacher, Esq.
FL. Bar No: 776335

2