AO 435
(Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER** OCN: 260216

*Please Read Instructions:*

**FOR COURT USE ONLY**

DUE DATE:

| 1. NAME AUSA Emelina M. Agrait | 2. PHONE NUMBER (787) 766-5656 | 3. DATE 6/23/2026 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL 350 Carlos Chardon Street, Suite 1201 | 5. CITY San Juan | 6. STATE PR | 7. ZIP CODE 00918 |

| 8. CASE NUMBER 26-153(PAD) | 9. JUDGE Pedro A. Delgado | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 6/23/2026 | 11. TO 6/23/2026 |
| 12. CASE NAME US v. Kauai Capri Shalom Paradiso | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Juan | 14. STATE Puerto Rico |

**15. ORDER FOR**

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| | PORTIONS | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | | ☐ | TESTIMONY (Specify Witness) | |
| ☐ | OPENING STATEMENT (Plaintiff) | | | | |
| ☐ | OPENING STATEMENT (Defendant) | | | | |
| ☐ | CLOSING ARGUMENT (Plaintiff) | | ☐ | PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ | CLOSING ARGUMENT (Defendant) | | | | |
| ☐ | OPINION OF COURT | | | | |
| ☐ | JURY INSTRUCTIONS | | ☒ | OTHER (Specify) | |
| ☐ | SENTENCING | | | De Novo Hearing | 6/23/2026 |
| ☐ | BAIL HEARING | | | Testimony of Colin Bengall | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE *[signature]*

PROCESSED BY

19. DATE 6/23/2026

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY