UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

CRIMINAL NO. 26-153 (PAD)

KAUAI CAPRI SHALOM PARADISO,
Defendant.

## UNITED STATES' MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COME NOW the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

During the status conference held on July 29, 2026, retained defense counsel requested that the Government deliver an additional copy of the discovery in this case to the Metropolitan Detention Center Guaynabo (MDC Guaynabo), so that the defendant could review it in her own time. The United States informed that discovery had been provided via USAfx[1] to both defense counsel and objected to the request of an additional copy of the discovery being prepared and provided via MDC Guaynabo in a single

---

[1] USAfx is the U.S. Attorney's File Exchange, a secure cloud-based platform used by the U.S. Department of Justice to safely share case-related electronic information and legal discovery documents with outside parties.

defendant case[2]. The court ordered the United States to respond to the request in writing within seven days. *See* Docket No. 82.

In compliance with the Court's order, the United States reiterates its objection to the defendant's request for the following reasons.

Puerto Rico Local Rule 116A -Special Proceedings to Recordings- creates a distinction between single defendant and multi defendant cases and, provides in its pertinent part that "[i]f in a multi-defendant case any defendant is in custody, the government must ensure that an extra copy of all recordings is available for review by the defendant(s) in custody." PRD Local Rule 116A(a)(2). The United States reiterates that in single defendant cases, no such arrangement is required or made. Moreover, the rule makes reference to recordings, and not to all discovery.

Furthermore, Paradiso has the ability to receive and review the discovery via and with her two retained counsel. Counsel has the options of conducting an in-person review of the discovery during legal visits at MDC Guaynabo, communicating with defendant via legal correspondence and calls, and providing a copy of the discovery to defendant via a USB drive. Upon submission by defense counsel to MDC Guaynabo's Legal Department, the USB drive is stored in the visiting room, where Paradiso may access its contents using the computers that are available for this purpose. Hence, defense counsel has available and adequate means of providing a copy of the discovery to the defendant without the government's intervention.

---

[2] The United Sates further informed that only in certain multi-defendant cases is an additional copy of the recordings, such as surveillance videos, being made available for viewing at MDC Guaynabo.

WHEREFORE, the United States requests that the Court takes notice of the above stated, and accordingly DENY the defendant's request for an additional copy of discovery to be provided to MDC Guaynabo.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of August, 2026.

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

*S/Jenifer Y. Hernández-Vega*
Assistant U.S. Attorney
USDC-PR No. 216002

*S/Emelina M. Agrait Barreto*
Assistant United States Attorney
USDC-PR No. 301004

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax: (787) 766-5398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant United States Attorney

-3-